Mark C. Carlson, Esq., [SBN 166195]
Niria M. Arvizu, Esq., [SBN 236994]
**CARLSON LAW GROUP, INC.**
4900 Hopyard Road, Suite 285
Pleasanton, California 94588
Telephone No.:  (925) 463-0181
Facsimile No.:  (925) 463-0322

Attorneys for Defendant, COLDWELL BANKER McKINNEY & ASSOCIATES, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROBERTS, | ) USDC Case No. 2:09-CV-02021 GEB-KJM |
|  | ) |
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **CHANGING TIME FOR MOTION TO** |
| vs. | ) **DISMISS HEARINGS OF** |
|  | ) **DEFENDANTS' DECLARATION OF** |
| LAND HOME FINANCIAL SERVICES, a California Corporation; COLDWELL BANKER McKINNEY & ASSOCIATES, INC.; and DICKSON McCALL REALTY; LITTON LOAN SERVICING; and all other claimants of whatsoever kind and character against real property commonly known as 3397 Beaver Brae, South Lake Tahoe, CA 96150; APN 036-545-08-100 and DOES 1 through 100, Inclusive, | ) **NIRIA M. ARVIZU, ESQ.** |
|  | ) |
| Defendants. | ) |

WHEREAS the Notice of Removal for the Complaint in this matter was filed by Defendants Coldwell Banker McKinney & Associates, Inc., on July 21, 2009;

WHEREAS the Motion to Dismiss of Defendants Coldwell Banker McKinney & Associates, Inc., was filed on July 27, 2009 and set for hearing on August 31, 2009 at 9:00 a.m.;

WHEREAS the Motion to Strike of Defendant, Litton Loan Servicing was filed on August

---
STIPULATION AND [PROPOSED] ORDER CHANGING TIME FOR MOTION TO DISMISS HEARINGS OF
DEFENDANTS' DECLARATION OF NIRIA M. ARVIZU, ESQ.

1

1  6, 2009 and set for hearing for September 28, 2009 at 9:00 a.m.;

2      WHEREAS the Motion to Expunge Lis Pendens of Defendant, Litton Loan Servicing was
3  filed on August 6, 2009 and set for hearing for September 28, 2009 at 9:00 a.m.;

4      WHEREAS the Motion to Dismiss of Defendant, Land Home Financial Services, Inc., was
5  filed on August 12, 2009 and set for hearing on October 13, 2009 at 9:00 a.m.;

6      IT IS HEREBY STIPULATED AND AGREED BY ALL PARTIES THAT THE hearings
7  for the Motion to Dismiss of Defendants, Coldwell Banker McKinney & Associates, Inc., currently
8  on calendar for August 31, 2009 and Motion to Strike and Motion to Expunge Lis Pendens, of
9  Defendant, Litton Loan Servicing, currently on calendar for September 28, 2009, be continued to
10 October 13, 2009 at 9:00 a.m. in Courtroom 10 of the above-captioned Court.

12 Dated: August ___, 2009    QUINTANA MCCONNIN & SARTE LLP

14     By:  _____
15           Lincoln B. Quintana, Esq.
          Attorneys for Plaintiff, John Roberts

16 Dated: August ___, 2009    ATKINS & DAVIDSON, APC

18     By:  _____
19           Todd C. Atkins, Esq.
          Attorneys for Plaintiff, John Roberts

22 Dated: August ___, 2009    ROUP & ASSOCIATES

24     By:  _____
          Ronald D. Roup, Esq.
25           Attorneys for Defendant, Litton Loan
          Servicing, Inc.

1

Dated: August ___, 2009                    AMERICAN MORTGAGE LAW GROUP, P.C.

2

3

             By: _____
4
                Ryan F. Thomas, Esq.
                Attorneys for Defendant, Land Home Financial
5
                Services, Inc.

6

7

Dated: August ___, 2009                    **CARLSON LAW GROUP, INC.**
8

9

             By: _____
10
                Mark C. Carlson, Esq.
11
                Niria M. Arvizu, Esq.
                Attorneys for Defendants, COLDWELL BANKER
12
                McKINNEY & ASSOCIATES, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---
STIPULATION AND [PROPOSED] ORDER CHANGING TIME FOR MOTION TO DISMISS HEARINGS OF
DEFENDANTS' DECLARATION OF NIRIA M. ARVIZU, ESQ.

3

## ORDER

Based upon the Stipulation of the parties, the Court makes the following orders:

The hearing for Motion to Dismiss of Defendants, Coldwell Banker McKinney & Associates, Inc., is hereby ordered continued to October 13, 2009 at 9:00 a.m. in Courtroom 10; and

The hearings for Motion to Dismiss, Motion to Strike and Motion to Expunge Lis Pendens of Defendant, Litton Loan Servicing, are hereby ordered continued to October 13, 2009 at 9:00 a.m. in Courtroom 10.

Dated:  8/24/09

UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER CHANGING TIME FOR MOTION TO DISMISS HEARINGS OF DEFENDANTS' DECLARATION OF NIRIA M. ARVIZU, ESQ.

4

## DECLARATION OF NIRIA M. ARVIZU

I, Niria M. Arvizu, declare as follows:

1. I am an attorney at law, duly authorized to practice law in the State of California. I am an associate of Carlson Law Group, Inc. attorneys of record for Defendants, Coldwell Banker McKinney & Associates, Inc. I have personal knowledge of the facts as set forth in this declaration, and if called as a witness, I could and would competently testify thereto.

2. The Motions set forth above, in essence, seek to have the same general issues be heard and ruled upon by this Court;

3. The reason for the requested enlargement of time for the hearings on the Motion to Dismiss of Defendants, Coldwell Banker McKinney & Associates, Inc. and Motion to Dismiss, Motion to Strike and Motion to Expunge Lis Pendens of Defendant Litton Loan Servicing, is, in part for the convenience of the Court and the parties, to have the Motions to Dismiss, by each separate Defendant, be heard on the same day, as opposed to having three separate Motions to Dismiss be heard on three different days;

4. There have been no previous time modifications in this case;

5. It is my understanding and belief that the time modification requested per this stipulation would have no effect on the schedule for the case as no trial date has been set thus far.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of August, 2009 at Woodland Hills, California.

_____
Niria M. Arvizu